# Court of Appeals
# of the State of Georgia

ATLANTA, March 14, 2019

*The Court of Appeals hereby passes the following order*

## A19I0186. STATE FARM FIRE AND CASUALTY COMPANY v. WESTLEY HOSKINS et al..

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2017CV296110



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, March 14, 2019.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*